## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| NPG RECORDS, INC. AND NPG MUSIC PUBLISHING, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> ROC NATION LLC, ASPIRO AB, WIMP MUSIC AS, and PROJECT PANTHER LTD., <br><br> Defendants. | Case No. 16-cv-03909-JRT-FLN <br><br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The parties, through their undersigned attorneys, hereby stipulate that this action and all claims therein, shall be dismissed with prejudice. The parties will bear their own costs and attorney's fees.

Dated: May 14, 2018

*/s/ Lora M. Friedemann*
Lora M. Friedemann (#0259615)
Joseph J. Cassioppi (#0388238)
Anne Rondoni Tavernier (#0398516)
FREDRIKSON & BYRON, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone: 612.492.7000
lfriedemann@fredlaw.com
jcassioppi@fredlaw.com
arondonitavernier@fredlaw.com

***Attorneys for Plaintiffs***

| | |
|---|---|
| Dated: May 14, 2018 | */s/ Andrew H. Bart* |
| | Andrew H. Bart |
| | Ava U. McAlpin |
| | JENNER & BLOCK LLP |
| | 919 Third Avenue |
| | 39th Floor |
| | New York, NY 10022-3908 |
| | Telephone: 212-891-1645 |
| | Fax: 212-909-0805 |
| | abart@jenner.com |
| | amcalpin@jenner.com |
| | |
| | Russell M. Spence , Jr |
| | Terrance W. Moore |
| | HELLMUTH & JOHNSON, PLLC |
| | 8050 W. 78th Street |
| | Edina, MN 55439 |
| | Telephone: 952-941-4005 |
| | Fax: 952-941-2337 |
| | mspence@hjlawfirm.com |
| | tmoore@hjlawfirm.com |
| | |
| | ***Attorneys for Roc Nation LLC*** |

| | |
|---|---|
| Dated:  May 14, 2018 | */s/ Jordan W. Siev* |
| | Jeanette M. Bazis, Reg. No. 0255646 |
| | Jenny Gassman-Pines, Reg. No. 0386511 |
| | GREENE ESPEL PLLP |
| | Campbell Mithun Tower – Suite 2200 |
| | 222 South Ninth Street |
| | Minneapolis, MN 55402-3362 |
| | Telephone:  612-373-0830 |
| | Fax: 612-373-0929 |
| | jbazis@greeneespel.com |
| | jgassman-pines@greeneespel.com |
| | |
| | Jordan W. Siev |
| | (admitted pro hac vice) |
| | Christopher P. Hoffman |
| | (admitted pro hac vice) |
| | REED SMITH LLP |
| | 599 Lexington Avenue, 22nd Floor |
| | New York, NY 10022 |
| | Telephone:  212-521-5400 |
| | Fax: 212-521-5400 |
| | jsiev@reedsmith.com |
| | choffman@reedsmith.com |
| | |
| | James T. Hultquist |
| | REED SMITH LLP |
| | 10 South Wacker Drive |
| | Ste 40th Floor |
| | Chicago, IL 60606 |
| | Telephone: 312-207-1000 |
| | jhultquist@reedsmith.com |
| | |
| | ***Attorneys for Aspiro AB, Project Panther, Ltd. and WiMP Music AS*** |

63958372.1